# BNDF BUTTERMORE NEWMAN DELANNEY & FOLTZ, LLP
### ATTORNEYS AT LAW

BERTRAND J. DELANNEY[1]
SUSANA D. DELANNEY[1]
DAVID B. FOLTZ[1,3]
DONNA R. NEWMAN[1,2]

OF COUNSEL:
GRANT M. BUTTERMORE[2]
KEVIN M. DYER[1,4]

ADMITTED IN:
[1] NY
[2] NJ
[3] PA
[4] CA

REPLY TO:
☐   445 EAST BROAD STREET
     PO BOX 2189
     WESTFIELD, NJ 07091-2189
     TEL: (908) 232-0292
     FAX: (908) 232-3277

   111 BROADWAY
     SUITE 1805
     NEW YORK, NY 10006
     TEL: (212) 229-1516
     FAX: (212) 676-7497

☐   105 HAWK COURT
     MILFORD, PA 18337
     TEL: (570) 296-2420
     FAX: (570) 296-4247

December 23, 2009

**via ECF and first class mail**
Hon. Jose L. Linares
United States District Judge
for the District of New Jersey
M.L. King, Jr. Federal Bldg
  & Courthouse
50 Walnut Street, Rm. 5054
Newark, New Jersey 07101-0999

Re:   United States v. Katrina Arrington
      Docket No. 2:07-CR-00037-JLL

Dear Judge Linares:

On December 22, 2009, I was appointed under the Criminal Justice Act to represent Katrina Arrington for sentencing in the above-captioned matter. Ms. Arrington is scheduled to be sentenced by Your Honor on January 5, 2010. I respectfully request a two (2) month adjournment of Ms. Arrington's sentence. As I understand, Ms. Arrington's Presentence Report has not been completed as of yet. In light of the holidays, and a prepaid vacation that I have scheduled for January 22-January 27, 2010, I need an opportunity to review the file, meet with the client, and write a sentencing memorandum.

Wherefore, it is respectfully requested that Ms. Arrington's sentencing be rescheduled to the first week of March.

Respectfully submitted,

*Donna R. Newman /ad*
Donna R. Newman
DRN/ad
cc:   AUSA Justin W. Arnold-via ECF
      Katrina Arrington

www.BNDF.net

Associate member of the Parlex Group of European Lawyers.
Parlex Group associates in: Barcelona/Madrid, Brussels, Copenhagen, Dublin, Edinburgh, Freiburg, Graz, Istanbul, London, Luxembourg, Nicosia, Oslo, Paris, Prague, Reykjavik, Rotterdam, Shanghai, Stockholm, Thessaloniki, Turin/Milan/Rome, Warsaw, Zurich.