# BUTTERMORE NEWMAN DELANNEY & FOLTZ, LLP
### ATTORNEYS AT LAW

Bertrand J. Delanney
Susana D. Delanney
David B. Foltz
Donna R. Newman

Of Counsel:
Grant M. Buttermore
Kevin M. Dyer

Admitted in:
NY
NJ
PA
CA

Reply to:
☐ 445 East Broad Street
PO Box 2189
Westfield, NJ 07091-2189
Tel: (908) 232-0292
Fax: (908) 232-3277

☒ 111 Broadway
Suite 1805
New York, NY 10006
Tel: (212) 229-1516
Fax: (212) 676-7497

☐ 105 Hawk Court
Milford, PA 18337
Tel: (570) 296-2420
Fax: (570) 296-4247

December 23, 2009

**via ECF and first class mail**
Hon. Jose L. Linares
United States District Judge
for the District of New Jersey
M.L. King, Jr. Federal Bldg
    & Courthouse
50 Walnut Street, Rm. 5054
Newark, New Jersey 07101-0999

Re:   United States v. Katrina Arrington
      Docket No. 2:07-CR-00037-JLL

Dear Judge Linares:

On December 22, 2009, I was appointed under the Criminal Justice Act to represent Katrina Arrington for sentencing in the above-captioned matter. Ms. Arrington is scheduled to be sentenced by Your Honor on January 5, 2010. I respectfully request a two (2) month adjournment of Ms. Arrington's sentence. As I understand, Ms. Arrington's Presentence Report has not been completed as of yet. In light of the holidays, and a prepaid vacation that I have scheduled for January 22-January 27, 2010, I need an opportunity to review the file, meet with the client, and write a sentencing memorandum.

Wherefore, it is respectfully requested that Ms. Arrington's sentencing be rescheduled to the first week of March.

Respectfully submitted,

Donna R. Newman /ad
Donna R. Newman
DRN/ad
cc:   AUSA Justin W. Arnold-via ECF
      Katrina Arrington

**SO ORDERED:** _____
**DATED:** 12/30/09

www.BNDF.net
Associate member of the Parlex Group of European Lawyers.
Parlex Group associates in: Barcelona, Madrid, Brussels, Copenhagen, Dublin, Edinburgh, Freiburg, Graz, Istanbul, London, Luxembourg, Nicosia, Oslo,
Paris, Prague, Reykjavik, Rotterdam, Shanghai, Stockholm, Thessaloniki, Turin, Milan, Rome, Warsaw, Zurich.