UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

———————————————————X      Docket No. 2:07-CR-00037-(JLL)

UNITED STATES OF AMERICA                ORDER

v.

KATRINA ARRINGTON,

   Defendant.
———————————————————X

Upon application of Donna R. Newman, Esq., attorney for defendant, KATRINA ARRINGTON for a sixty (60) day extension of this Court's previously imposed surrender date of June 28, 2010 to allow Ms. Arrington to undergo surgery; this Court having considered the request of counsel as set forth in counsel's letter dated June 2, 2010 and attachment thereto, and for good cause shown, it is hereby Ordered that defendant, KATRINA ARRINGTON's surrender date is extended to Monday, August 30, 2010.

   So ordered.

Dated:  6/2/10

_____
JOSE L. LINARES, U.S.D.J.