# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KATRINA ARRINGTON | Criminal No.: 07-037(JLL)<br><br>**ORDER GRANTING EXTENSION OF SURRENDER DATE OF DEFENDANT, KATRINA ARRINGTON** |

Upon application of Donna R. Newman, Esq., attorney for defendant, KATRINA ARRINGTON for a sixty (60) day extension of this Court's previously imposed surrender date of August 30, 2010, to allow Ms. Arrington to undergo surgery; this Court having considered the request of counsel as set forth in counsel's letter dated August 24 ,2010 and attachment thereto, and for good cause shown,

**IT IS ON THIS 25TH DAY OF AUGUST, 2010;**

**ORDERED**, that the defendant, Katrina Arrington's request for an extension of the surrender date is hereby GRANTED. Defendant is to surrender to the Bureau of Prisons on **November 1, 2010** at or before 12:00 p.m. No further requests for extensions of Ms. Arrington's surrender date will be entertained by this Court.

                                                                /s/ Jose L. Linares
                                                      JOSE L. LINARES, U.S.D.J.