UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **ORDER DENYING** |
| | : **DEFENDANT'S REQUEST TO** |
| -v- | : **EXTEND DATE OF SURRENDER** |
| | : |
| KATRINA ARRINGTON | : Mag. No. 07-37 |
| | : |

An application having been made by defendant, Katrina Arrington, to extend the date of her surrender, and Paul J. Fishman, United States Attorney (Erez Liebermann, Assistant U.S. Attorney, appearing), having opposed such application, and

it appearing that the Bureau of Prisons is able and prepared to accommodate defendant Arrington's medical conditions, and

good cause having been shown,

IT IS on this 14th day of October 2010,

ORDERED, that defendant's application to extend the date of her surrender is DENIED.

HON. JOSE L. LINARES
United States District Judge