PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Katrina Arrington                                    Docket No. 07CR37-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Kenneth Rowan**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Katrina Arrington**, who was placed under pretrial release supervision by the **Honorable Jose L. Linares, U.S. District Judge**, sitting in the Court at Newark, New Jersey, on January 17, 2007, under the following conditions:

1. $25,000 unsecured appearance bond;
2. Pretrial Services supervision;
3. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services;
4. Surrender passport and do not apply for any new travel documents;
5. Drug testing and treatment, as deemed appropriate by Pretrial Services.

On December 23, 2009, the Honorable Mark Falk, U.S. Magistrate Judge, modified the defendant's bail by adding the following conditions:

1. Home Incarceration: The defendant will be placed on electronic monitoring, and will remain at her residence at all times except for the following reasons: attorney meetings, court appearances, medical treatment, and religious services. The defendant shall pay all or part of the cost of electronic monitoring, based upon her ability to pay, as determined by the Court and the Pretrial Services Agency;
2. Defendant to follow all directives of the Department of Motor Vehicle for New Jersey;
3. Mental Health testing and treatment, as deemed necessary by Pretrial Services;
4. Defendant's daughter, Naisha Arrington, to serve as third party custodian.

On May 6, 2010, Your Honor modified her bail by allowing her out for any activities as long as Pretrial Services knows where she is going and who is driving her.

On May 11, 2010, she was sentenced to twenty-four months imprisonment followed by thirty-six months of supervised release. Her voluntary surrender date was June 28, 2010, but Your Honor extended it twice to August 30, 2010 and November 1, 2010.

The defendant is scheduled to surrender to Alderson Federal Prison on November 1, 2010.

Respectfully presenting petition for action of Court and for cause as follows:

[SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER that the defendant can relocate to where her family resides in Georgia as well as add her husband, Tony Burse, as a third party custodian.

ORDER OF COURT

Considered and ordered this 20th day of Oct, 2010 and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 20, 2010

_____
Kenneth Rowan
U.S. Pretrial Services Officer