UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : **ORDER DENYING** |
| | : **DEFENDANT'S REQUEST TO** |
| -v- | : **RECOMMEND DIFFERENT** |
| | : **BUREAU OF PRISONS FACILITY** |
| KATRINA ARRINGTON | : |
| | : Cr. No. 07-37 (JLL) |

An application having been made by defendant, Katrina Arrington, to change the recommendation of a Bureau of Prisons facility, and Paul J. Fishman, United States Attorney (Justin W. Arnold, Assistant U.S. Attorney, appearing), having opposed such application, and the Court having considered arguments of counsel, and

good cause having been shown,

IT IS on this **30** th day of October 2010,

ORDERED, that defendant's request to change the recommendation of facility is DENIED.

HON. JOSE L. LINARES
United States District Judge